UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
QIN CHEN, et al.,

                Plaintiffs,     :    **ECF CASE**

     v.

                                          08 Civ. 7179 (DLC)

MICHAEL CHERTOFF, et al.,

                Defendants.     :    <u>NOTICE OF APPEARANCE</u>
------------------------------------------------------------ x

TO:    Clerk of Court
        United States District Court
        Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:   New York, New York
         August 19, 2008

                                                 Respectfully submitted,

                                               MICHAEL J. GARCIA
                                               United States Attorney for the
                                               Southern District of New York

                           By:    /s/_____
                                   F. JAMES LOPREST, JR.
                                   Special Assistant United States Attorney
                                   86 Chambers Street, 3rd Floor
                                   New York, New York 10007
                                   Telephone: (212) 637-2728
                                   Facsimile: (212) 637-2786
                                   Email: james.loprest@usdoj.gov

TO:    Yee Ling Poon, Esq.
        11 East Broadway, 5th Floor
        New York, NY 10038